IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC C. GEIGER,

        Plaintiff,                    No. CIV S-06-1719 LKK EFB P

    vs.

GUTERDING, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On September 6, 2006, plaintiff was directed to submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint and cautioned that failure to comply with that order would result in a recommendation that this action be dismissed without prejudice. *See* 28 U.S.C. § 1915(a)(2). On October 2, 2006, plaintiff filed an uncertified copy of his prison trust account statement. Plaintiff will be provided one further opportunity to submit the certified copy of his prison trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six-month period immediately preceding the

1

1 | filing of the complaint.

2 |     2. Plaintiff's failure to comply with this order will result in a recommendation
3 | that this action be dismissed without prejudice. No further opportunities will be granted.
4 | DATED: October 5, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE