1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC C. GEIGER,

11            Plaintiff,                    No. CIV S-06-1719 LKK EFB P

12       vs.

13   GUTERDING, et al.,                     ORDER

14            Defendants.

15   _____/

16            Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20            On August 24, 2006, plaintiff submitted an incomplete application to proceed in

21   forma pauperis.  That application will therefore be denied.  On November 6, 2006, plaintiff

22   submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly,

23   plaintiff's November 6, 2006, request to proceed in forma pauperis will be granted.

24            Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

25   U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $9.22 will be assessed by this

26   order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to

1

collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's August 24, 2006, request for leave to proceed in forma pauperis is denied;

2.  Plaintiff's November 6, 2006, request for leave to proceed in forma pauperis is granted.

3.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $9.22.  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

4.  Service is appropriate for the following defendants: Guterding, Nance, Harvey, Jacoby, Schulz, and Kinneavy.

5.  The Clerk of the Court shall send plaintiff 6 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed August 4, 2006.

6.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

/////

2

1    c.  One completed USM-285 form for each defendant listed in number 3

2    above; and

3    d.  Seven copies of the endorsed complaint filed August 4, 2006.

4    7.  Plaintiff need not attempt service on defendants and need not request waiver of

5    service.  Upon receipt of the above-described documents, the court will direct the United States

6    Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

7    without payment of costs.

8    DATED:  December 12, 2006.

9

10   EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC C. GEIGER,

11              Plaintiff,                         No. CIV S-06-1719 LKK EFB P

12        vs.

13   GUTERDING, et al.,                           NOTICE OF SUBMISSION

14              Defendants.                        OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____        completed summons form

19              _____        completed USM-285 forms

20              _____        copies of the _____

21   DATED:                        Complaint/Amended Complaint

22

23                                            _____

24                                            Plaintiff

25

26