IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC C. GEIGER,

       Plaintiff,                      No. CIV S-06-1719 LKK EFB P

       vs.

GUTERDING, et al.,

       Defendants.              <u>ORDER</u>

_____ /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 12, 2006, the court directed plaintiff to submit 7 copies of the August 4, 2006 endorsed complaint, 1 summons and 6 USM-285 forms for the U. S. Marshal to serve defendants. Plaintiff submitted 6 USM-285 forms but did not submit 7 copies of the complaint or the summons. He has failed to comply with the order.

      It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the December 12, 2006 order, or to submit 7 copies of his complaint and 1 completed summons. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff 1 copy of the August 4, 2006 complaint and 1 blank summons.

Dated: January 17, 2007.

                                            _____
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE