IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC C. GEIGER,

    Plaintiff,                       No. CIV S-06-1719 ALA P

    vs.

GUTERDING, et al.,

    Defendants.                 <u>ORDER</u>

_____/

On March 7, 2008, defendants filed a motion to modify the trial date due to their unavailability. Good cause appearing, that motion will be granted.

Therefore, IT IS HEREBY ORDERED that:

1. The trial date of May 20, 2008, is VACATED; and

2. Trial on this matter will now commence on November 18, 2008, at 9 a.m. in front of the Honorable Arthur L. Alarcón, in a courtroom to be determined.

/////

DATED: March 11, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation