IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC C. GEIGER,

        Plaintiff,                  No. CIV S-06-1719 ALA P

        vs.

GUTERDING, et al.,

        Defendants.            ORDER

_____/

        Plaintiff Eric Geiger has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's March 12, 2008, motion for the

1

1 | appointment of counsel is denied.
2 | /////
3 | DATED: March 14, 2008
4 | /s/ Arthur L. Alarcón
  | UNITED STATES CIRCUIT JUDGE
5 | Sitting by Designation