IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC C. GEIGER,

      Plaintiff,                                Case No. 2:06-cv-01719 ALA (P)

      vs.

GUTERDING, et al.,

      Defendants.                             <u>ORDER</u>

_____/

      On April 4, 2008, Plaintiff filed a motion requesting a copy of a deposition taken by Defendant's attorney. (doc. 33). On July 31, 2007, this Court provided the parties with a Discovery and Scheduling Order that set out specific time parameters to conduct discovery. (doc. 24). That Order stated that the parties may conduct discovery until October 31, 2007. The Court's Order also advised the parties to file a motion with the Court by October 31, 2007, if it was necessary to compel discovery.

      In light of this Court's Scheduling Order, (doc. 24), **IT IS HEREBY ORDERED** that Plaintiff's request for a copy of the aforementioned deposition be DENIED.

DATED: April 11, 2008                              /s/ Arthur L. Alarcón

                                                                UNITED STATES CIRCUIT JUDGE

                                                                Sitting by Designation