IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC C. GEIGER,

      Plaintiff,               No. 2:06-cv-01719 ALA (P)

      vs.

GUTERDING, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Plaintiff Eric Geiger is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion to dismiss his case because he has been unable to retain counsel to represent him.

      Good cause showing, it is hereby **ORDERED** that:

1. Plaintiff's motion for voluntarily dismissal is granted and the case is dismissed without prejudice; and,
2. The trial date scheduled for November 18, 2008 is VACATED.

DATED: August 4, 2008

                                           /s/ Arthur L. Alarcón
                                           UNITED STATES CIRCUIT JUDGE
                                           Sitting by Designation